UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jeffrey Omar Reynoso**  Docket No. 5:19-CR-280-1D

**Petition for Action on Supervised Release**

COMES NOW Jonathan A. Holmes, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jeffrey Omar Reynoso, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on February 7, 2020, to the custody of the Bureau of Prisons for a term of 24 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Jeffrey Omar Reynoso was released from custody on August 3, 2020, at which time the term of supervised release commenced.

On August 18, 2020, a violation report was submitted as the result of the defendant testing positive for marijuana. The defendant was verbally reprimanded and referred to the HOPE Court Program, which he declined. Additionally, he began participating in substance abuse treatment and in the surprise urinalysis program.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 20, 2020, the defendant provided a drug test which returned positive for marijuana on September 28, 2020. This officer used cognitive behavioral interventions to help the defendant come up with strategies to avoid future risky behavior and drug use. It is recommended the defendant be ordered to complete 20 hours of community service as a sanction for his non-compliance. The defendant will also continue to engage in substance abuse treatment and the surprise urinalysis program.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 20 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Jeffrey Omar Reynoso
Docket No. 5:19-CR-280-1D
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Maurice J. Foy<br>Maurice J. Foy<br>Supervising U.S. Probation Officer | /s/ Jonathan A. Holmes<br>Jonathan A. Holmes<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 9196104087<br>Executed On: September 29, 2020 |

### ORDER OF THE COURT

Considered and ordered this __30__ day of __September__, 2020, and ordered filed and made a part of the records in the above case.

_/s/ Dever_
James C. Dever III
U.S. District Judge