UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jeffrey Omar Reynoso**　　　　　　　　　　　　　　**Docket No. 5:19-CR-280-1D**

### Petition for Action on Supervised Release

COMES NOW Jonathan A. Holmes, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jeffrey Omar Reynoso, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on February 7, 2020, to the custody of the Bureau of Prisons for a term of 24 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Jeffrey Omar Reynoso was released from custody on August 3, 2020, at which time the term of supervised release commenced.

On August 18, 2020, a violation report was submitted as the result of the defendant testing positive for marijuana. The defendant was verbally reprimanded and referred to the HOPE Court Program, which he declined. Additionally, he began participating in substance abuse treatment and in the surprise urinalysis program.

On September 30, 2020, a request for modification was submitted as a result of the defendant testing positive for marijuana. The defendant was ordered to complete 20 hour of community service as a sanction for his illegal drug use. In addition, cognitive behavioral interventions were used to help the defendant avoid future risky behavior and drug use. He was also continued in substance abuse treatment and the surprise urinalysis program.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On November 20, 2020, the defendant admitted to using marijuana as recently as November 13, 2020. It is recommended the defendant be allowed to continue on supervision and he be placed on a term of location monitoring not to exceed 60 days as a sanction for his continued illegal drug use. In addition, he will continue to engage in substance abuse treatment and the surprise urinalysis program.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Jeffrey Omar Reynoso
Docket No. 5:19-CR-280-1D
Petition For Action
Page 2

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Maurice J. Foy
Maurice J. Foy
Supervising U.S. Probation Officer

/s/ Jonathan A. Holmes
Jonathan A. Holmes
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 9196104087
Executed On: November 23, 2020

### ORDER OF THE COURT

Considered and ordered this **24** day of **November**, 2020, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge